Donald S. Edgar (SBN 139324)
Jeremy R. Fietz (SBN 200396)
Rex Grady (SBN 232236)
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
707-545-3200 Telephone
707-578-3040 Facsimile

JOHN J. POWERS (SBN 145623)
john.powers@dbr.com
BETH O. ARNESE (SBN 241186)
beth.arnese@dbr.com
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC,<br><br>    Defendants | Case No.: 10-cv-0043<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; and ORDER** |

COMES NOW Plaintiff JOY ALLEN ("Plaintiff") and Defendants JOHNSON &

JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON

PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC, and file this STIPULATION

STIPULATION AND ORDER - 1

SF01/ 679660.1

TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.

The Parties would respectfully show the Court the following:

1.  This case is a product liability involving Levaquin®. Plaintiff has sued JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC.

2.  This Court has previously entered an Order for Parties to attend a Scheduling Conference on April 13, 2010. Defendants have been recently served and have answered.

3.  The United States Judicial Panel on Multidistrict Litigation ordered the transfer of federal actions that concern Levaquin® to the United States District Court for the District of Minnesota before the Honorable John Tunheim, as Multidistrict Litigation No. 08-MD-1943. The Levaquin MDL is active and now includes more than 300 cases and growing.

4.  The Parties anticipate that this action will likewise be transferred to the MDL as a "Tag Along Action" pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. A Notice of Potential Tag-Along was received by the JPML on March 22, 2010 (see attached). As such, the Parties request that that the Court continue the Initial Case Management (and corresponding deadlines) to a date that is approximately 90 days hence. This should allow for conclusion of the transfer of this case to the United States District Court for the District of Minnesota, and avoid wasted party and judicial resources.

        /s/ John J. Powers
        JOHN J. POWERS
        Drinker Biddle & Reath LLP

STIPULATION AND ORDER - 2

SF01/ 679660.1

50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:   (415) 591-7510


_____/s/_____
Jeremy R. Fietz
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone 707-545-3200
Facsimile 707-578-3040

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Initial case management conference is hereby continued to: July 13, 2010 .

Dated: March 31, 2010

_Elizabeth D. Laporte_
UNITED STATES ~~DISTRICT~~ JUDGE