A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Apr 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 14, 2010**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION

MDL No. 1943

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-23)

On June 13, 2008, the Panel transferred seven civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 560 F.Supp.2d 1384 (J.P.M.L. 2008). Since that time, 62 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 13, 2008, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION                                              MDL No. 1943

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

CALIFORNIA CENTRAL
CAC   2    10-1929     Mark Semos, et al. v. Ortho-McNeil Janssen Pharmaceuticals, Inc., et al.    10-1906 JRT

CALIFORNIA NORTHERN
CAN   3    10-41      James Willis v. Johnson & Johnson, et al.    10-1907    JRT
CAN   3    10-42      Christine Ellen Bell v. Johnson & Johnson, et al.    10-1908    JRT
CAN   3    10-43      Joy Allen v. Johnson & Johnson, et al.    10-1909    JRT
CAN   3    10-44      William F. Slattery v. Johnson & Johnson, et al.    10-1910    JRT
CAN   3    10-45      Tammy L. Hoffmann v. Johnson & Johnson, et al.    10-1911    JRT
CAN   3    10-46      Iris Berman v. Johnson & Johnson, et al.    10-1912    JRT
CAN   3    10-47      Charles R. Hoover v. Johnson & Johnson, et al.    10-1913    JRT
CAN   4    10-119     Marvina Hoots v. Johnson & Johnson, et al.    10-1914    JRT

COLORADO
CO    1    10-315     Bonnie Schriner v. Johnson & Johnson, et al.    10-1915    JRT